**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVIN JOHNSON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>KATHLEEN ALLISON,<br><br>　　　　Respondent. | Case No. 1:12-cv-01210-SKO-HC<br><br>ORDER SETTING BRIEFING SCHEDULE ON PETITIONER'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBITS TO THE TRAVERSE (DOC. 20) |

　　Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge to conduct all further proceedings in the case, including the entry of final judgment, by manifesting their consent in writings signed by the parties or their representatives and filed by Petitioner on August 2, 2012, and on behalf of Respondent on December 4, 2012. Pending before the Court is Petitioner's motion for leave to file supplemental exhibits to the traverse, which was filed on July 15, 2013.

1

A court has inherent power to control its docket and the disposition of its cases with economy of time and effort for both the court and the parties. <u>Landis v. North American Co.</u>, 299 U.S. 248, 254-255 (1936); <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1260 (9th Cir. 1992). The Court exercises its discretion to set a briefing schedule with respect to Petitioner's motion for the benefit of the Court and the parties.

Respondent shall FILE no later than thirty (30) days after the date of service of this order opposition or notice of non-opposition to Petitioner's motion.

Petitioner may FILE a reply to any opposition filed by Respondent no later than thirty (30) days after the date of service upon Petitioner of any opposition filed by Respondent.

IT IS SO ORDERED.

Dated: **August 16, 2013**            **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE

2