# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN JOHNSON,<br><br>      Petitioner,<br><br>   v.<br><br>KATHLEEN ALLISON,<br><br>      Respondent. | Case No. 1:12-cv-01210-SKO-HC<br><br>ORDER SETTING BRIEFING SCHEDULE ON PETITIONER'S SECOND MOTION FOR LEAVE TO FILE A SUPPLEMENTAL TRAVERSE (DOC. 22) |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303.  Pending before the Court is Petitioner's motion for leave to file a supplemental traverse, which was filed on September 11, 2013.

    Petitioner filed a previous motion for leave to file a supplement to his traverse on July 15, 2013 (doc. 20).  The Court issued an order setting a briefing schedule on the motion on August 9, 2013, and the Court is awaiting Respondent's opposition to the motion, and thereafter Petitioner's reply.

1

On September 11, 2013, Petitioner filed another motion for leave to file a supplement to the traverse (doc. 22).

A court has inherent power to control its docket and the disposition of its cases with economy of time and effort for both the court and the parties. Landis v. North American Co., 299 U.S. 248, 254-255 (1936); Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992). The Court exercises its discretion to set a briefing schedule with respect to Petitioner's motion for the benefit of the Court and the parties.

Respondent shall FILE no later than thirty (30) days after the date of service of this order opposition or notice of non-opposition to Petitioner's motion.

Petitioner may FILE a reply to any opposition filed by Respondent to the motion no later than thirty (30) days after the date of service upon Petitioner of any opposition filed by Respondent.

IT IS SO ORDERED.

Dated:   **September 16, 2013**            /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE

2