# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN JOHNSON,<br><br>        Petitioner,<br><br>  v.<br><br>KATHLEEN ALLISON,<br><br>        Respondent. | Case No. 1:12-cv-01210-SKO  HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION<br><br><br>(Doc. 16) |

Ralph M. Diaz, the warden of California Substance Abuse Treatment Facility, Corcoran, California, has advised the Court that the caption in this matter incorrectly names Kathleen Allison as Respondent. Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of Ralph M. Diaz, the current warden of California Substance Abuse Treatment Facility, as Respondent.

IT IS SO ORDERED.

    Dated: __**August 3, 2015**__              __**/s/ Sheila K. Oberto**__
                                                       UNITED STATES MAGISTRATE JUDGE