# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MARVIN JOHNSON,

        Petitioner,

    v.

RALPH M. DIAZ, Warden, California
Substance Abuse Treatment Facility,

        Respondent.

Case No. 1:12-cv-01210-SKO  HC

ORDER TAKING JUDICIAL NOTICE

(Doc. 34)

      Petitioner, proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254,[1] moves the Court "to review Petitioner's trial record and petition."  Doc. 34.  Petitioner urges the Court to consider *People v. Le*, 61 Cal.4th 416 (2015), a case relevant to Petitioner's claim that the evidence did not support his conviction as an associate of a street gang, in violation of California Penal Code § 186.22(a) and (b).  The Court considers the motion to be a motion for judicial notice.

      Federal courts may take judicial notice of state decisions.  *Lamar v. Micou*, 114 U.S. 218, 223 (1885); *White v. Gittens*, 121 F.3d 803, 805 n. 1 (1st Cir. 1997) ("[W]e may take judicial notice of published state court dispositions of cases").  Although the California Supreme Court's opinion in *Le* is not binding on this Court, the Court finds it potentially to be of persuasive value and relevant to Petitioner's contentions in his petition for writ of habeas corpus.

---

[1] Pursuant to 28 U.S.C. § 636(c)(1), both parties consented, in writing, to the jurisdiction of a United States Magistrate Judge to conduct all further proceedings in this case, including the entry of final judgment.

The Court hereby GRANTS Petitioner's motion of judicial notice of *People v. Le*, 61 Cal.4[th] 416 (2015).


IT IS SO ORDERED.

Dated:   **August 4, 2015**                    **/s/ Sheila K. Oberto**
                                      UNITED STATES MAGISTRATE JUDGE

2