# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN JOHNSON,<br><br>Petitioner,<br><br>v.<br><br>RALPH M. DIAZ, Warden, California Substance Abuse Treatment Facility,<br><br>Respondent. | Case No. 1:12-cv-01210-SKO  HC<br><br>ORDER DENYING MOTION FOR JUDICIAL NOTICE<br><br>(Doc. 41) |

For the second time in recent weeks, Petitioner, proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254,[1] moves the Court to review a specific portion of the trial record. *See* Docs. 34 and 41. The Court considers the motion to be a motion for judicial notice.

Because the Court carefully reviews the record when it considers each petition for habeas corpus before it, Petitioner need not move the Court to review the record lodged with the response to his habeas petition. Although limited judicial resources result in delays in the resolution of proceedings that are not emergent, the Court will address his petition in due course.

Petitioner has been afforded a fair opportunity to file his petition and traverse. Unless Petitioner wishes to alert the Court to a new decision that relates directly to an issue raised in his petition, he can best expedite resolution of his petition by refraining from filing redundant and unnecessary motions which draw the Court's attention away from its ongoing business.

IT IS SO ORDERED.

Dated:   **August 25, 2015**             **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to 28 U.S.C. § 636(c)(1), both parties consented, in writing, to the jurisdiction of a United States Magistrate Judge to conduct all further proceedings in this case, including the entry of final judgment.

1